# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MASON MEYER, et al.,<br><br>Defendants. | CASE NO. 1:20-cr-085<br><br>JUDGE BLACK<br><br>**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |

The United States of America, by its undersigned counsel, particularly alleges, pursuant to Federal Rule of Criminal Procedure 32.2(a), that the following property is subject to forfeiture to the United States on the basis of Forfeiture Allegation 1, which is set forth in the Superseding Indictment (Doc. 32):

- $7,089.00 in United States currency; and

- $3,503.00 in United States currency.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney


s/Jennifer K. Weinhold
JENNIFER K. WEINHOLD (KY 93304)
Assistant United States Attorney
221 East 4th Street, Suite 400
Cincinnati, OH 45202
Phone No.: (513) 684-3711
Fax No.: (513) 684-6710
Email: Jennifer.Weinhold@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2021, a copy of the foregoing Bill of Particulars was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

s/Jennifer K. Weinhold
JENNIFER K. WEINHOLD (KY 93304)
Assistant United States Attorney