IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE:  Reassignment of Cases to the Docket of
District Judge Jeffery P. Hopkins

ORDER

The attached cases are hereby reassigned to the docket of the Honorable Jeffery P. Hopkins.

IT IS SO ORDERED.

_December 21, 2022_  
DATE

_____  
Honorable Algenon L. Marbley  
Chief Judge United States District Court

| Case Number | Defendant | Case Title |
| --- | --- | --- |
| 1:18-cr-00084-MWM | 1 | USA v. Warren |
| 1:20-cr-00052-MWM | 6 | USA v. Thomas |
| 1:20-cr-00052-MWM | 7 | USA v. Osario-Duarte |
| 1:20-cr-00052-MWM | 1 | USA v. Ojeda-Avila |
| 1:20-cr-00052-MWM | 2 | USA v. Tapia-Llamas |
| 1:20-cr-00052-MWM | 3 | USA v. Valenzuela-Garibaldi |
| 1:20-cr-00052-MWM | 4 | USA v. Green |
| 1:20-cr-00052-MWM | 5 | USA v. Sommerville |
| 1:20-cr-00052-MWM | 8 | USA v. Yisrael |
| 1:20-cr-00052-MWM | 9 | USA v. Brumfield |
| 1:20-cr-00052-MWM | 10 | USA v. Foggie |
| 1:20-cr-00052-MWM | 11 | USA v. Allen |
| 1:20-cr-00085-MWM | 1 | USA v. Meyer |
| 1:20-cr-00085-MWM | 2 | USA v. Johnson |
| 1:20-cr-00085-MWM | 15 | USA v. Long |
| 1:20-cr-00085-MWM | 3 | USA v. Haskamp |
| 1:20-cr-00085-MWM | 4 | USA v. Jenkins |
| 1:20-cr-00085-MWM | 5 | USA v. Mobley |
| 1:20-cr-00085-MWM | 6 | USA v. Boeh |
| 1:20-cr-00085-MWM | 7 | USA v. Stauffer |
| 1:20-cr-00085-MWM | 8 | USA v. Pemberton |
| 1:20-cr-00085-MWM | 9 | USA v. Wade |
| 1:20-cr-00085-MWM | 10 | USA v. Smart |
| 1:20-cr-00085-MWM | 11 | USA v. Thiery |
| 1:20-cr-00085-MWM | 12 | USA v. Randall |
| 1:20-cr-00085-MWM | 13 | USA v. Hartmann |
| 1:20-cr-00085-MWM | 14 | USA v. Wetzel |
| 1:20-cr-00085-MWM | 16 | USA v. Pennington |
| 1:21-cr-00074-MWM | 1 | USA v. Phung |
| 1:21-cr-00074-MWM | 2 | USA v. Dang |
| 1:21-cr-00074-MWM | 3 | USA v. Guzman |
| 1:21-cr-00074-MWM | 4 | USA v. Pray |
| 1:21-cr-00074-MWM | 5 | USA v. Tran |
| 1:21-cr-00074-MWM | 6 | USA v. Harris |
| 1:21-cr-00110-MWM | 1 | USA v. Watson |
| 1:22-cr-00025-MWM | 1 | USA v. Brooks |
| 1:22-cr-00073-MWM | 1 | USA v. Watson |