# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 1:20-CR-85 (3) |
| v. | : | **JUDGE JEFFREY P. HOPKINS** |
| **RYAN HASKAMP,** | : | |
| Defendant. | : | **MOTION TO WITHDRAW AS COUNSEL** |

Attorney Kory A. Jackson, currently assigned as counsel for Defendant Ryan Haskamp, hereby moves this Court for an order allowing him to withdraw as counsel. Irreconcilable differences have arisen between Mr. Jackson and Mr. Haskamp. Because of these differences, the attorney client relationship has been irreparably damaged, and Mr. Jackson can no longer be effective in representing Mr. Haskamp. These differences have been discussed with Mr. Haskamp and Mr. Haskamp has expressed his agreement in the filing of this motion. Consequently, Mr. Jackson respectfully requests that this Court order that he be allowed to withdraw as counsel for Mr. Haskamp and that new counsel be appointed for him. Mr. Haskamp has been served with a copy of this motion.

Respectfully submitted,

s/ *Kory Jackson*_____
Kory A. Jackson (0072572)
Jackson Law Office, LLC
810 Sycamore St.
Second Floor
Cincinnati, Ohio 45202
Tel:    (513) 338-1999
Fax:   (513) 621-8703
Email: kajackson@cincilaw.net

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served through the Court's electronic filing system on all counsel of record this 1st day of May, 2023

s/ *Kory Jackson*_____